# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| **APPLE TEXAS RESTAURANTS, INC. and APPLE HOUSTON RESTAURANTS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**APPLEBEE'S FRANCHISOR LLC and APPLEBEE'S INTERNATIONAL, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:26-cv-2150** |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs Apple Texas Restaurants, Inc. and Apple Houston Restaurants, Inc., by their attorneys, make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Apple Texas Restaurants, Inc. is a subsidiary of World of Apple, LLC ("WOA"), a Texas limited liability company whose sole member is Sunil D. Dharod ("Sunil"), a Texas resident. Apple Houston Restaurants, Inc. is similarly a subsidiary of WOA. No publicly held corporation is a member or parent corporation of Apple Texas Restaurants, Inc. or Apple Houston Restaurants, Inc.

Dated: March 19, 2026

Respectfully submitted,

/s/ *Jeffrey J. Simon*

Jeffrey J. Simon   KS #15231
Sara A. Fevurly    KS #27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816) 983-8000
(816) 983-8080 (Fax)
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com

1

-    and -

J. David Apple (*pro hac vice forthcoming*)
J. DAVID APPLE, P.C.
735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Telephone: (972) 315-1900
Facsimile: (972) 315-1955
Email: jdapple@jdalaw.com

**ATTORNEYS FOR PLAINTIFFS**

2